Shalini BHATIA, D.O.; Jessica Gordon, D.O.; Nerie Jamison, DNP; Inpatient Consultants of Nevada, Inc., a medical corporation ; Scott Selco, M.D.; Dignity Health d/b/a St. Rose Dominican Hospital-Siena Campus; Brian Lipman, M.D.; and Syed Akbarullah, M.D., Petitioners, v. The EIGHTH JUDICIAL DISTRICT COURT of the State of Nevada, IN AND FOR the COUNTY OF CLARK; and the Honorable David M. Jones, District Judge, Respondents, and William Nathan Baxter, Real Party in Interest.
GRANTED.